.

United States District Court
Southern District of Texas
**ENTERED**
July 01, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MJ ACTION NO. 2:21-MJ-781-2 |
| | § | |
| AMY JEAN GUIDO | § | |

## MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). Detention of the defendant pending trial in this case is necessary because there is a serious risk that the defendant will not appear.

The evidence against the defendant meets the probable cause standard. The defendant is currently on bond in a state felony case. Because the evidence meets the probable cause standard, it appears the defendant was unable or unwilling to comply with conditions of release. Additionally, the state Court may move to revoke the defendant's bond in the state case. Further, the defendant has a serious substance abuse problem. The findings and conclusions contained in the Pretrial Services Report are adopted. The defendant is ORDERED detained pending trial. However, defense counsel may move to reopen the detention hearing if the issue of the state warrants/bond revocation is resolved.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending

.

appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED this 30th day of June, 2021.

_____
Jason B. Libby
United States Magistrate Judge